BUCHALTER NEMER
A Professional Corporation
SHAWN M. CHRISTIANSON (SBN: 114707)
RICHARD C. DARWIN (SBN: 161245)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: rdarwin@buchalter.com

DORIAN E. DALEY (SBN 129049)
LESLEY E. KOTHE (SBN 209512)
ORACLE USA, INC.
500 Oracle Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
Email: lesley.kothe@oracle.com

Attorneys for Plaintiffs
ORACLE USA, INC. and ORACLE INTERNATIONAL CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., a Colorado Corporation, and ORACLE INTERNATIONAL CORPORATION, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INFOR-MED CORPORATION, a California Corporation,<br><br>Defendant. | Case No. C 06-7176 SI<br><br>**STIPULATED JUDGMENT AND PERMANENT INJUNCTION**<br><br><br><br>Complaint Filed: November 20, 2006 |

WHEREAS, this Court has jurisdiction of the subject matter of this action and over the parties hereto;

WHEREAS, plaintiffs Oracle USA, Inc. and Oracle International Corporation ("Plaintiffs") filed a complaint for copyright infringement and breach of contract on or about

November 20, 2006 ("Complaint") against defendant Infor-Med Corporation ("Defendant");

WHEREAS, Defendant has been served with the Complaint in this action;

WHEREAS, Plaintiffs and Defendant have reached a settlement of this matter, pursuant to which Defendant has agreed, among other things, to the entry of judgment in the form of a stipulated permanent injunction;

NOW, THEREFORE, it is hereby stipulated and agreed by and between Plaintiffs and Defendant that the following permanent injunction ("Injunction") be issued by this Court:

## PERMANENT INJUNCTION

1. Defendant and each of its agents, employees, officers, directors, affiliates, successors and assigns, and all those acting in concert or participation with them (exclusive of authorized Oracle resellers), are hereby permanently enjoined from selling, marketing, or otherwise distributing by any means, whether alone, as part of, or in combination with, Defendant's products, any Oracle Products, including, but not limited to, the following:

    a. Oracle Database 10g Enterprise Edition;

    b. Oracle8 Database Enterprise Edition Release 8.0.4;

    c. Oracle8 Database Enterprise Edition Release 8.0.5;

    d. Oracle8*i* Database Enterprise Edition Release 2 (8.1.6);

    e. Oracle9*i* Database Enterprise Edition Release 1; and

    f. Oracle9*i* Database Enterprise Edition Release 2.

2. Defendant waives all rights to seek appellate review or otherwise challenge or contest the validity of this Injunction.

[Balance of page intentionally blank]

| | | |
|---|---|---|
| 1 | DATED: March _____, 2007 | ORACLE USA, INC., a Colorado Corporation |
| 2 | | |
| 3 | | |
| 4 | | By:_____ |
| 5 | DATED: March _____, 2007 | ORACLE INTERNATIONAL CORP., a California Corporation |
| 6 | | |
| 7 | | |
| 8 | | By:_____ |
| 9 | DATED: March _____, 2007 | INFOR-MED CORPORATION a California corporation |
| 10 | | |
| 11 | | |
| 12 | | By:_____ |
| | | Dr. Richard Low |
| 13 | | Title:_____ |
| 14 | DATED: March _____, 2007 | BLOOM & RUTTENBERG |
| 15 | | |
| 16 | | |
| 17 | | By: /s/ Allan Bloom |
| | | Allan Bloom |
| 18 | | Attorneys for Defendant |
| | | INFOR-MED CORPORATION |
| 19 | | |
| 20 | Approved as to form: | |
| 21 | DATED: March _____, 2007 | BUCHALTER NEMER A Professional Corporation |
| 22 | | |
| 23 | | |
| 24 | | By:_____ |
| | | Richard C. Darwin |
| 25 | | Attorneys for Plaintiffs |
| 26 | | ORACLE USA, INC. and ORACLE INTERNATIONAL CORPORATION |

DATED: March ____, 2007

ORACLE USA, INC., a Colorado Corporation

By: _____

DATED: March ____, 2007

ORACLE INTERNATIONAL CORP., a California Corporation

By: _____

DATED: March MAY 4, 2007

INFOR-MED CORPORATION
a California corporation

By: _____
Dr. Richard Low
Title: CEO.

DATED: March ____, 2007

BLOOM & RUTTENBERG

By: _____
Allan Bloom
Attorneys for Defendant
INFOR-MED CORPORATION

Approved as to form:

DATED: ~~March~~ May 9, 2007

BUCHALTER NEMER
A Professional Corporation

By: _____
Richard C. Darwin
Attorneys for Plaintiffs
ORACLE USA, INC. and ORACLE INTERNATIONAL CORPORATION

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1162459v3

3

C 06-7176 SI

STIPULATED PERMANENT INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Stipulation above, IT IS HEREBY ORDERED that Judgment for Permanent Injunction is entered on the terms set forth above.

DATED: _____5/14/07_____, 2007

_____
JUDGE OF THE U.S. DISTRICT COURT

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1162459v3

4

C 06-7176 SI

**STIPULATED PERMANENT INJUNCTION**